**DISMISS; and Opinion Filed July 3, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01009-CV

**AJANI REESE, Appellant**
**V.**
**HIGHLAND PARK APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03315-E**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

On March 8, 2019, appellant filed his brief on the merits. Deeming the brief deficient, we directed appellant to file an amended brief no later than April 8, 2019 and subsequently extended that deadline to May 28, 2019. To date, however, the amended brief has not been filed.

Our letter directing appellant to file the amended brief by April 8, 2019 cautioned appellant that failure to file the brief could result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 43.3(b),(c).

181009F.P05

/Ada Brown/
ADA BROWN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AJANI REESE, Appellant

No. 05-18-01009-CV          V.

HIGHLAND PARK APARTMENTS,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-03315-E.
Opinion delivered by Justice Brown,
Justices Bridges and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 3rd day of July, 2019.